UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN NOE, <br> 23824 Pond View Dr. <br> Plainfield, IL 60585 <br><br> and <br><br> EILEEN PRUITT <br> 2818 Bauer Road, <br> North Aurora, IL 60542, <br><br> on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br> -against- <br><br> SMART MORTGAGE CENTERS, INC. <br> 4003 Plainfield Naperville Road, <br> Naperville, IL 60564 <br><br> and <br><br> RICHARD BIRK, <br> 4003 Plainfield Naperville Road <br> Naperville, IL 60564 <br><br> and <br><br> BRIAN BIRK, <br> 4003 Plainfield Naperville Road <br> Naperville, IL 60564 <br><br> Defendants. | Case No.: 21-cv-01668 <br><br> Honorable Manish S. Shah <br><br> Magistrate Judge Sheila Finnegan |

## **CONSENT TO JOIN FLSA COLLECTIVE ACTION**

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my claims for unpaid minimum wage and overtime amounts that I allege are due to me for work I performed while employed by Smart Mortgage Centers, for which I claim Defendants are liable.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., to recover alleged unpaid minimum wages, overtime, and other benefits, including liquidated damages. I hereby consent, agree, and opt in to become a Plaintiff herein and be bound by any judgment by the Court or any settlement of this action.

4.. I choose to be represented by Offit Kurman in this matter and designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due my attorneys, and all other matters pertaining to this lawsuit.

Date _May 11th 2021_

Signed Signature _Stephanie L Pichardo_

Printed Name _Stephanie Pichardo._