# EXHIBIT B

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BRIAN NOE<br>23824 Pond View Dr.<br>Plainfield, IL 60585<br><br>and<br><br>EILEEN PRUITT<br>2818 Bauer Road,<br>North Aurora, IL 60542,<br><br>on behalf of<br>themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SMART MORTGAGE CENTERS, INC.<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>RICHARD BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>BRIAN BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>Defendants. | Case No.: 1:21-cv-01668 |

## DECLARATION OF BRIAN NOE

I, Brian Noe, being over the age of 21 and having personal knowledge of the facts contained herein, state as follows:

1

Scanned with CamScanner

1. I was employed by Smart Mortgage Centers, Inc. ("Smart Mortgage" or "the Company") as a loan officer from October 29, 2013, to December 20, 2019.

2. To my knowledge, Smart Mortgage, President of Smart Mortgage Richard Birk, and Vice President of Smart Mortgage Brian Birk, had responsibility for controlling my wages, hours, and working conditions as well as those of other loan officer employees.

3. I worked for Smart Mortgage in the Company's office or from my home, making phone calls, texting, and emailing prospective clients. I rarely worked outside the Company office or my home office to perform my job duties.

4. I received Company provided leads to perform my duties.

5. During my employment at Smart Mortgage, I was paid solely by commission, and was not paid minimum wage. During slow periods, I was not paid any minimum wage and received zero commission.

6. To date, I have not been compensated for minimum wages I was entitled to receive while employed at Smart Mortgage.

7. While employed, I regularly worked in excess of forty (40) hours in a one-week period and was not paid overtime wages for any hours above forty (40) in a given week. I estimate that I worked an average of seventy (70) to eighty (80) hours per week on average.

8. I am aware of other employees at Smart Mortgage that were subjected to a similar policy of non-payment of minimum and overtime wages.

9. To date, I have not been compensated for the overtime hours I worked while employed by Smart Mortgage.

Scanned with CamScanner

10. I recall that while working for Smart Mortgage, a portion of my commission was deducted for the following items: administrative fees, appraisals, credit report fees, verification of employment fees, overnight shipping fees, and processing fees. This list may not encompass all deductions that were deducted by Smart Mortgage from my wages.

11. To date, I have not recouped the deductions from my commissions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 3-16-22

Brian Noe

3

Scanned with CamScanner