# EXHIBIT C

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BRIAN NOE<br>23824 Pond View Dr.<br>Plainfield, IL 60585<br><br>and<br><br>EILEEN PRUITT<br>2818 Bauer Road,<br>North Aurora, IL 60542,<br><br>on behalf of<br>themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SMART MORTGAGE CENTERS, INC.<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>RICHARD BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>BRIAN BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>Defendants. | Case No.: 1:21-cv-01668 |

## DECLARATION OF EILEEN PRUITT

I, Eileen Pruitt, being over the age of 21 and having personal knowledge of the facts contained

herein, state as follows:

1

1. I was employed by Smart Mortgage Centers, Inc. ("Smart Mortgage" or "the Company") as a loan officer from May 6, 2019, to February 2, 2020.

2. I worked for Smart Mortgage in the Company's office, and if not in the Company office, I worked from my home. Smart Mortgage provided me with a VPN to work remotely from home.

3. I received Company provided leads to perform my duties.

4. I performed my job duties by calling and emailing prospective clients.

5. During my employment at Smart Mortgage, I was paid solely by commission, and was not paid minimum wage.

6. While employed, there were several weeks that I worked in excess of forty (40) hours in a one-week period and was not paid overtime wages for any hours above forty (40) in a given week.

7. To date, I have not been compensated for the overtime hours I worked while employed by Smart Mortgage.

8. During the beginning of my employment before I closed any loans, I was not paid any minimum wage and received zero commission for a period of several months. There may also have been other periods where I was employed, but received no commission and no minimum wage.

9. To date, I have not been compensated for minimum wages I was entitled to receive while employed at Smart Mortgage.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 3/9/2022 _____

DocuSigned by:

*Eileen Pruitt*

33B03C4A7FFE4F9...

Eileen Pruitt

3