# EXHIBIT D

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BRIAN NOE<br>23824 Pond View Dr.<br>Plainfield, IL 60585<br><br>and<br><br>EILEEN PRUITT<br>2818 Bauer Road,<br>North Aurora, IL 60542,<br><br>on behalf of<br>themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SMART MORTGAGE CENTERS, INC.<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>RICHARD BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>BRIAN BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>Defendants. | Case No.: 1:21-cv-01668 |

**DECLARATION OF ALAN PLATT**

I, Alan Platt, being over the age of 21 and having personal knowledge of the facts contained

herein, state as follows:

1

1. I was employed by Smart Mortgage Centers, Inc. ("Smart Mortgage" or "the Company") as a loan officer from April 5, 2018 to January 1 2019.

2. I worked for Smart Mortgage in the Company's office or from my home, making phone calls, texting, and emailing prospective clients. I rarely worked outside of my home of the Company's physical office to perform my duties for Smart Mortgage.

3. I received Company provided leads to perform my duties and such leads were only provided if an employee was in the physical Company office.

4. During my employment at Smart Mortgage, I was paid solely by commission, and was not paid minimum wage.

5. While employed, I regularly worked in excess of forty (40) hours in a one-week period and was not paid overtime wages for any hours above forty (40) in a given week.

6. I am aware of other employees at Smart Mortgage that were subjected to a similar policy of non-payment of minimum and overtime wages.

7. To date, I have not been compensated for the overtime hours I worked while employed by Smart Mortgage.

8. There were also periods during my employment where I received no commissions and did not receive minimum wage. To date, I have not been compensated for minimum wages I was entitled to receive while employed at Smart Mortgage.

9. I recall that while working for Smart Mortgage, a portion of my commission was deducted for the Company's marketing expenses.

10. To date, I have not recouped the commissions deducted for the Company's marketing expenses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 3-15-22

*Alan Platt*