# EXHIBIT E

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

|   |   |
|---|---|
| BRIAN NOE<br>23824 Pond View Dr.<br>Plainfield, IL 60585<br><br>and<br><br>EILEEN PRUITT<br>2818 Bauer Road,<br>North Aurora, IL 60542,<br><br>on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SMART MORTGAGE CENTERS, INC.<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>RICHARD BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>and<br><br>BRIAN BIRK,<br>4003 Plainfield Naperville Road<br>Naperville, IL 60564<br><br>Defendants. | Case No.: 1:21-cv-01668 |

## DECLARATION OF SHIAN JNO-LEWIS

I, Shian Jno-Lewis, being over the age of 21 and having personal knowledge of the facts contained herein, state as follows:

1

1. I was employed by Smart Mortgage Centers, Inc. ("Smart Mortgage") as a loan officer from July 27, 2016 to December 2018.
2. I worked for Smart Mortgage in the Company's office or from my home, performing my job duties by making phone calls, texting, and emailing prospective clients.
3. During my employment at Smart Mortgage, I was paid solely by commission, and was not paid minimum wage.
4. While employed, I worked on several occasions more than forty (40) hours in a one-week period and was not paid overtime for such weeks.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 03/15/2022

Shiah Jno-Lewis

2