# EXHIBIT I



**From:** brian birk <smartmortgagecenters@yahoo.com>
**Sent:** Thu 12/3/2015 10:26 AM
**To:** Ryan Klaic; Brian Noe; Patty Harrison
**Cc:** Jon Butusov; Rich Birk
**Subject:** Lead source sheets for payroll last warning!

==If processing or myself receive a file for payroll and there is no LEAD SOURCE FORM in the file I will deduct 20 bps off your pay. Final and last warning.==

Brian Birk
Smart Mortgage Centers, Inc.
Vice President
(630) 904-1800
www.smartmortgagecentersinc.com
Better Business Bureau A+ Rating
License # 4870 NMLS 222269

Pltfs. 0308