# EXHIBIT J



Pltfs. 0268