# EXHIBIT K



From: brian birk <smartmortgagecenters@yahoo.com>
Sent: Fri 8/25/2017 5:02 PM
To: Ryan Klaic
Subject: -20 bps

Make sure anything that is closing or closed is in leadmailbox for payroll its -20bps and i already know you have some that are not in there. I was already told today to hit everyone for this and your the only one that has deals missing in leadmailbox for payroll.

Brian Birk
Vice President
Smart Mortgage Centers
Phone: 630-904-1800 Fax: 630-904-1010
CLICK TO SEE NEW HOME PURCHASE PROGRAMS.
Google's Highest Reviewed 5 Star Mortgage Broker
Click for Reviews
Better Business Bureau A+ Accredited
Complaint Free Awards 2012, 2014, 2015, 2016
Click for Reviews
Apply Now | NMLS 222269 | Illinois License #4870

Pltfs. 0261