# EXHIBIT L

Case: 1:21-cv-01668 Document #: 146-12 Filed: 11/11/22 Page 2 of 2 PageID #:2843



From: brian birk <smartmortgagecenters@yahoo.com>
Sent: Wed 8/23/2017 11:46 AM
Subject: Reviews (Save This)
To: Ryan Klaic; Jon Butusov; Brian Noe; Patty Harrison; Anthony McDougall; Rich Birk; Kelly Harley; Charlotte Cloyd; Danny Garcia; Jerry Weller; Jason Harris; Bob Gladkowski; Stephanie Holland; Eduardo Prats; jlee@smartmtgs.net

We all take pride in our reviews. We are the highest rated and reviewed mortgage company in the State of Illinois. Complaints about Smart Mortgage Centers have been on the rise as of late.

Everyone in here is responsible for staying on top of their files, staying in contact with all parties and making sure all transactions go as smooth as possible.

A 5 star rating is the highest rating we can receive. As of 8/23/17 if anyone receives a review under 4 Stars or a negative review we will deduct 20 bps off of the next file that closes.

This will be on a case by case basis knowing sometimes situations can't be controlled.

No further communication is needed on this email - This will be attached to the Schedule A (Pay Plan).

Thank you,

Brian Birk
Vice President
Smart Mortgage Centers
Phone: 630-904-1800 Fax: 630-904-1010
CLICK TO SEE NEW HOME PURCHASE PROGRAMS.
Google's Highest Reviewed 5 Star Mortgage Broker.
Click for Reviews
Better Business Bureau A+ Accredited
Complaint Free Awards 2012, 2014, 2015, 2016
Click for Reviews
Apply Now | NMLS 222269 | Illinois License #4870

Pltfs. 0262