# EXHIBIT H



Pltfs. 0258