# EXHIBIT I

**From:** brian birk &lt;smartmortgagecenters@yahoo.com&gt;
**Sent:** Wed 7/19/2017 11:54 AM
**Subject:** Calls to leads
**To:** Bob Gladkowski; Ryan Klaic; Anthony McDougall; Danny Garcia; Jerry Weller; Jason Harris; Stephanie Holland; Brian Noe
**Cc:** Patty Harrison; Jon Butusov

Going through leads today and noticed some of you are not meeting the 72 hour call requirement. LEADS NEED TO BE CALLED EVERYDAY INCLUDING WEEKENDS IF YOU WANT TO BE SUCCESSFUL!

If I see your not updating the tracking section with calls every 72 hours you will be terminated from the program and can buy your own leads.

thank you,

Brian Birk
Vice President
Smart Mortgage Centers
Phone: 630-904-1800 Fax: 630-904-1010
CLICK TO SEE NEW HOME PURCHASE PROGRAMS.
Google's Highest Reviewed 5 Star Mortgage Broker.
Click for Reviews
Better Business Bureau A+ Accredited
Complaint Free Awards 2012, 2014, 2015, 2016
Click for Reviews
Apply Now | NMLS 222269 | Illinois License #4870