# EXHIBIT M

# FW: Lead mailbox emails (Save and Follow)

From: Brian Noe (briannoe@smartmtgs.net)

To: bwnoe13@yahoo.com

Date: Thursday, December 19, 2019, 02:05 PM CST

**From:** brian birk <smartmortgagecenters@yahoo.com>
**Sent:** Wednesday, August 02, 2017 10:44 AM
**To:** Brian Noe <briannoe@smartmtgs.net>; Anthony McDougall <anthony@smartmtgs.net>; Jon Butusov <jonbutusov@smartmtgs.net>; Bob Gladkowski <bob@smartmtgs.net>; Danny Garcia <danny@smartmtgs.net>; Jason Harris <jason@smartmtgs.net>; Ryan Klaic <ryan@smartmtgs.net>; Stephanie Holland <stephanie@smartmtgs.net>; Jerry Weller <jerry@smartmtgs.net>; Patty Harrison <patty@smartmtgs.net>
**Subject:** Lead mailbox emails (Save and Follow)

IMPORTANT READ TO THE END IF YOU RECEIVE LEADS.

I just completed all templates into lead mailbox for the quicken leads and all other lead sources. We are setting this up for each lead type so you guys will no longer have to send personal emails at all.

**Everyone needs to be concentrating on Phone calls and Texts**. An email will follow with text and call days to be follow . Email campaigns are done by the system, if you follow the text and phone call chart your sales should skyrocket!

Remember all templates are different pending on lead type (purchase or refinance) and lead source - this is just an example for Quicken Leads.

In order for the lead to work correctly with emails you must do the following:

**Day 1 - receive the lead and make it a NEW LEAD. - this will trigger the 1st quicken email**

**(Some leads manually go into the account and this automatically happens).**

Dear {firstname}

Pltfs. 00863

You recently inquired with Quicken Loans about a loan to refinance your home. We are a Mortgage Partner of Quicken Loans Mortgage Services, based right here in IL. Due to our partnership, we offer their entire product line and more. We believe our Quicken Loans partnership, along with broad product options, and access to some of the most aggressive pricing will provide you the winning combination in the refinance of your home.

I'll be reaching out to you shortly via telephone, or please feel free to contact me directly using the information below in my signature line.

I look forward to speaking with you!

{email_footer}

**Day 1 - If you do not have contact with the lead after you create it you should make it Received No Contact so on DAY 2 this email will be triggered.**

Dear {firstname}

I sent you a note yesterday about our Mortgage Partner designation with Quicken Loans here in IL.

In fact, our close location to you and our market knowledge here in IL may be why you were selected for this unique opportunity for a personal consultation.

We pride ourselves on our personalized service, access to some of the lowest pricing , and broadest range of products for our clients. Reducing your monthly payment, cutting the term of your mortgage, and accessing cash you've earned through equity in the home are all goals I can discuss with you.

Even if you currently have started with another lender, please allow us to provide you a free, no obligation consultation. Within a few minutes we will be able to assess if you've got a great deal (and thus provide peace of mind), or perhaps we can beat that offer further helping you to achieve your home refinance objectives.

I look forward to hearing from you!

{email_footer}

**Day 3 - If lead is still in Received no Contact this email will go out to the lead.**

Dear {firstname},

Whether we're talking about lowering your monthly payment or obtaining cash from the equity in your home, having a choice is good.

At Smart Mortgage Centers, Inc., we take pride in our partnership with Quicken Loans Mortgage Services. As a Mortgage Partner, of Quicken Loans, we have access to their product line and pricing.

We understand that the multiple choices and high pressure sales sometimes associated with the mortgage lending process can be overwhelming. We're here to help by presenting some terrific options and knowledgeable consulting allowing you to make the best choice.

We look forward to working with you as you make choices regarding the refinancing of your home.

{email_footer}

**Day 4 - If lead is still in Received no Contact this email will go out to the lead.**

{email_header}

Over the past few days, I've tried to connect with you regarding your priority selection by Quicken Loans for connection with a Mortgage Partner right here in IL. Given the competitive marketplace today, you may be receiving calls from other lenders or already applied elsewhere. You may be asking yourself….

"Is there a better rate out there? "

"Is there a loan solution with lower closing costs? "

"Could I have gotten more cash out?"

It's quite possible to feel confident getting those answers with Smart Mortgage Centers, Inc.

Pltfs. 00865

{email_footer}

**Day 7 - Final email that goes out. Lead still should be in Received no Contact for this email to go.**

{firstname} {lastname}

Seven days ago, you were selected to be a part of the Quicken Loans Client Connections program. This is a limited time offer, so I want to inform you this the LAST DAY I will be attempting contact. Some of the benefits of this program are listed below.

* Access to the most competitive pricing

* Access to additional mortgage options and lenders

* Availability to meet face to face with a preferred Quicken Loans partner in your area.

{email_footer}

**On DAY 8 - if you have NO Contact with the lead you need to manually change it to Marketing Long Range - Continued Marketing in order for the lead to keep getting emails from you.**

Hi {firstname},

We value the opportunity to compete for your business and will be glad to take care of your need for mortgage financing when the timing is appropriate for you.

When you feel that the timing is right, please call or email me. I look forward to hearing from you.

{email_footer}

Emails will follow for 360 days when it is left in Marketing Long Range every 15 - 30 days. Leads need to be continued to followed up with throughout the life of the lead or you will not be on the lead program here. 20 - 60 day old leads have better contact and closing ratios than new leads.

Pltfs. 00866

We are trying to make things very simple so everyone can concentrate on calls and texts. For a more time efficient way to text using http://www.eztexting.com/ will drastically reduce the time it takes to do one text at a time and it opt's out clients who no longer want texts. They charge 5 cents per text but well worth it.

Don't forget all leads no matter what the source or how you got it needs to be in leadmailbox. Do not wait to put the lead in.

As long as the lead is in your name the signature line will have all of your information and each email is personalized for each lead/client. All closed leads should be in funded by now from previous payrolls and each of you should have already asked for reviews via phone or text since the system sends an email once you change it to funded..

Call and Text Chart will be following this email.

Questions please see me. I do run classes on eztexting software if needed.

Thank you,

Brian Birk

Vice President

Smart Mortgage Centers

Phone: 630-904-1800 Fax: 630-904-1010

CLICK TO SEE NEW HOME PURCHASE PROGRAMS.

Google's Highest Reviewed 5 Star Mortgage Broker.

Click for Reviews

Better Business Bureau A+ Accredited

Complaint Free Awards 2012, 2014, 2015, 2016

Click for Reviews

Apply Now | NMLS 222269 | Illinois License #4870

Pltfs. 00867