# EXHIBIT N

## FW: January 1 Mandatory (SAVE THIS)

From:　Brian Noe (briannoe@smartmtgs.net)

To:　bwnoe13@yahoo.com

Date:　Thursday, December 19, 2019, 02:02 PM CST

---

**From:** brian birk <smartmortgagecenters@yahoo.com>
**Sent:** Tuesday, January 03, 2017 10:06 AM
**To:** anthony@smartmtgs.net; shian@smartmtgs.net; Jon Butusov <jonbutusov@smartmtgs.net>;
briannoe@smartmtgs.net; Ryan Klaic <ryan@smartmtgs.net>; babar@smartmtgs.net; patty@smartmtgs.net;
stephanie@smartmtgs.net; tom@smartmtgs.net; danny@smartmtgs.net; jason@smartmtgs.net; jerry@smartmtgs.net
**Subject:** January 1 Mandatory (SAVE THIS)

**Starting January 1.  Mandatory for everyone and will be strictly enforced.**

**In order to receive the following leads.**

**Quicken Leads** - **Averaging 3 closings per month with 1 minimum at Quicken Loans.**

**New Sources from company** - **Averaging 3 closings per month**

**Company Leads** - **Averaging 2 closings per month.**

**Call Ins - Averaging 3 closings per month and in the office two days per week from 10 am - 7 pm and 1 Saturday per month.**

---

**Leadmailbox - All leads including Quicken Leads need to be updated every 48 hours now.  If you need leadmailbox training please see me.**

**DO NOT LET LEADS ROLL OVER - This will be automatic penalty box for 72 hours.**

Pltfs. 00860

All call in's need to be added to leadmailbox as a new lead immediately.  If you fail to do this your leads will be suspended including Quicken leads.

If a lead/referral/anyone makes it to payroll and it is not in leadmailbox you will be penalized with a 20 bps reduction in your commission.

Be aware we are calling all leads, texting and emailing.  It is your responsibility to figure out ways to contact your leads and sell them.

For those looking for aged leads to call please email me at smartmortgagecenters@yahoo.com

Brian Birk

Vice President

Smart Mortgage Centers

Phone: 630-904-1800 Fax: 630-904-1010

WWW.SMHOMELOANS.COM

Google's Highest Reviewed 5 Star Mortgage Broker.

Click for Reviews

Better Business Bureau A+ Accredited

Complaint Free Awards 2012 - 2014 - 2015

Click for Reviews

Apply Now | NMLS 222269 | Illinois License #4870

Pltfs. 00861