# EXHIBIT S

 Gmail                                                                Brian Noe <bwnoe1336@gmail.com>

## FW: RE: 30 day written agreement and explanation
1 message

**Brian Noe** <bwnoe13@yahoo.com>                                             Thu, Jan 4, 2018 at 10:44 PM
Reply-To: "bwnoe13@yahoo.com" <bwnoe13@yahoo.com>
To: Brian Noe <bwnoe1336@gmail.com>

Sent from Yahoo Mail on Android

> ----- Forwarded Message -----
> **From:** "Brian Noe" <briannoe@smartmtgs.net>
> **To:** "bwnoe13@yahoo.com" <bwnoe13@yahoo.com>
> **Sent:** Thu, Jan 4, 2018 at 9:57 PM
> **Subject:** FW: RE: 30 day written agreement and explanation
>
> **From:** Brian Noe [mailto:briannoe@smartmtgs.net]
> **Sent:** Thursday, January 04, 2018 10:03 PM
> **To:** 'brian birk' <smartmortgagecenters@yahoo.com>
> **Cc:** 'brian@smartmtgs.net' <brian@smartmtgs.net>; 'Rich Birk' <richie@smartmtgs.net>
> **Subject:** RE: RE: 30 day written agreement and explanation
>
> Attached.  Richie dated the 30 day letter 1/2/17 vs 1/2/18.  I am not entirely happy about past Co Gen future loans still being considered as if new Co Gen leads if the same borrower(s) when the BB platforms were changed in 2017 to full pay at 130bps for redo's.  I assume I also could have been at 145bps Self Gen and 100bps Co Gen on the new pay plan if I had elected in 2017 to choose the 145bps Self Gen/120bps Co Gen pay plan vs 130bps flat split no matter the lead source.  Who knows….maybe not and Self Gen was also going to be cut.
>
> As for being frustrated….yes I am not happy about this change.  It may seem simple to you, but it is a pay cut for me.  I don't like having to go backwards on my pay plan by force vs choice after I worked hard to get to this point by consistently delivering year after year working a lot of long hours.  Now I have to work harder to even try to get the same compensation.  It is also about how this happened out of left field with a sudden pay plan change that had nothing to do with my personal production.  We never even had a face to face meeting regardless of me being out of the office.  We could have at least had a meeting on this at some point when I came in vs arms' length emails working 15 feet away from one another.  There was no real time constraint here either for a meeting when we are still doing this comp revision a week plus later and a 30 day written notice was required.
>
> As for not being concerned about the well-being of my employer, that is the furthest thing from the truth.  If the office expenses are too high and other loan officers are not bringing in revenues that they should be, you know that I have zero control of these things.  I don't see Jon or anyone focusing on how to get more of these other LO's to write more business.  Jon and Processing now have to help Ryan close loans (and make more money from it) b/c Ryan wasn't doing his job right.  That help requires more work for Ryan and takes away from others here that need help or files worked on.  We see the same people doing the same things basically here year after year.  Due to things out of my control, I now have to work harder if I want to try to make the same money….or who knows maybe even that isn't going to be enough.  I am not afraid of work as I am still in the office late at night where others left a long time ago.  I didn't become a high level producer by not working hard and I think that I have paid my dues being 47yrs old and doing this job 19yrs now.  Even with my earned pay plan increases from 2013 to 2017, I am a consistent producer that works every lead no matter how hard or how long it takes.

Pltfs. 00839

Of course I appreciate the things SMC does for me and the leads provided. I don't take it for granted and you can see that favor returned with my worth ethic and production as well as what I am also going to lay out below. One of the reasons I even came to work here was getting leads and you know I have done everything that I can to even see that I get more leads by all of my past client reviews online to then get more business form those reviews as well as being on the Quicken Platform for 3yrs due to my follow up vs someone like Ryan that was kicked off for 30 days. That episode almost cost me and SMC a lot of money that has been made over the last 3yrs if we didn't have that program for free leads due to the established relationships.

I also bring a lot of value to this company and have tried to help make it the best it can be with keeping costs down, revenues up and a solid presence/reputation online. I had the campaign of moving from 2pt comp and admin fee from LO comp to 2.25pt comp and no admin fee. SMC in turn got more revenues from this vs the LO, but both benefited for a win/win. The change from that comp plan was thought not to be feasible or competitive by the past Mgr and we have proven that wrong for 3yrs now. I had the campaign to get DocuSign to decrease UPS fees and increase LO production, efficiency as well as professionalism. I would hope that DocuSign has increased company revenues in some measurable way. I was the one that wanted credit report and VOE fees billed to clients vs to SMC which was adopted and has increased revenues. I lead the way on the online review campaign when we had only a dozen or so several years ago. I lead the company in online reviews that helps SMC and all LO's with leads, websites, platforms, sales tool to point clients to view when thinking about doing business here or with the LO, etc. Rich has put a $300k or more valuation just on the online reviews. I push for more office training so that LO's can be better at their jobs to sell more loans to increase revenues as well as less burden on producing managers to then do their job more effectively and get more loans/revenues for SMC. I am always campaigning for new lenders to do loans that we would normally not be able to do. Again more revenues for SMC. I try to help other LO's when I can even if mgmt. is here to help out or not which I would hope again is to SMC's well-being. Richie even pulls me into interviews to talk to prospects vs Jon or Ryan….for which I would hope is my knowledge and enthusiasm to help bring someone new to the company which in turn would be more revenues.

With all said, how can you not understand why I would be frustrated? How can you also think that I am not concerned for SMC's well-being and profitability?

Anyways, it is 10pm and I am tired...I need to go home to my family as I was up until 3:30AM stressed about this and doing my DORA online payment/link for CO and doing my FL continuing education so I can try to get more business in another state.



**Brian Noe**

*Sr Loan Officer, NMLS#228140*

Office: 630-904-1800 x206 | Cell: 815-793-9100 | Efax: 630-423-9567

[APPLY NOW](#) | [SECURE UPLOAD](#) | [ABOUT ME](#)

4033 Plainfield/Naperville Rd Ste 207 Naperville, IL 60563 | briannoe@smartmtgs.net

Licensee IL 031.0004174 CO 100505853 Company NMLS-222269

Pltfs. 00840



**From:** brian birk [mailto:smartmortgagecenters@yahoo.com]
**Sent:** Wednesday, January 03, 2018 10:35 AM
**To:** Brian Noe <briannoe@smartmtgs.net>
**Cc:** brian@smartmtgs.net; 'Rich Birk' <richie@smartmtgs.net>; smartmortgagecenters@yahoo.com
**Subject:** Re: RE: 30 day written agreement and explanation

I will have final revisions done later today, an extension to payplan A1 that you signed on December 31st, 2017.   As far as your 30 day written agreement, don't worry about signing it you already acknowledged it.

You bring up some great points and I agree for legal purposes they should be in writing on your plan.

We already decided what application dates we will be, again stated in writing in your 30 day written notice.

It is obvious you are frustrated with a simple change made to your compensation plan and completely unconcerned with the well being of your employer.  It is a privilege to receive our leads and applications and work for a business that provides what we do.  You are forgetting this is a two way street and if you don't like the changes we have put in place you have options.

Thank you,

Brian Birk

Vice President

Smart Mortgage Centers

Phone: 630-904-1800 Fax: 630-904-1010

CLICK TO SEE NEW HOME PURCHASE PROGRAMS.

Google's Highest Reviewed 5 Star Mortgage Broker.

Click for Reviews

Better Business Bureau A+ Accredited

Complaint Free Awards 2012, 2014, 2015, 2016

Click for Reviews

Apply Now | NMLS 222269 | Illinois License #4870

On Wednesday, January 3, 2018, 12:43:22 AM CST, Brian Noe <briannoe@smartmtgs.net> wrote:

Pltfs. 00841

Thanks for the reply and information. The cut in compensation after working hard for 4.5 yrs to get to the comp plan I have/had in 2017 which in turn earned the co more revenues (especially on zero cost Quicken platforms vs Co Gen leads that cost money to generate)…..to now a lower comp plan is a step down for me. If other LO's in the office are not bringing in the revenues that they should be (which we all know who that is year in and year out for the past 4-5yrs I have been around), then it has hurt the company which in turn has now hurt my comp. Maybe I can make the same money as before with more lead volume, but it will require even more work to do it. The need to do higher volume to make up the comp gap is more stress for the same pay. More volume and stress also makes it harder to stay on top of leads, applications, lead mailbox, locks, etc. Ryan already imploded and now has a team of people to do his work via Jon and Processing. I know he didn't have a choice, but you see the result. Nobody else in the office can handle the work load as much as they want to make more money b/c they just don't want to do what it takes to make it. I am not looking to take that Ryan route and frankly the office can't handle two of us running full steam plus all the other LO's. If I, Jon, Nick, Ryan, etc., are all now supposed to be doing more loan volume on this new lead system in 2018 and all the other LO's doing their production, then how is Processing going to keep up with it? We've had 2 Processor's vs 3 a while now and LO's have had to chip in more to help move files along.

We also need to define what is Co Gen and Self Gen b/c now I am going from no tiers or focus on Co Gen or Self Gen at flat comp to now the focus is back to tiers and lead sourcing. Remember we got away from this and you wanted to go flat split no tiers to make it easier for comp. I had one option of 120bps Co Gen and 145bps Self Gen and I picked 130bps flat split. As for Co Gen leads, we have had a back and forth dynamic on what is defined as Co Gen. BB Platform and redo if you recall in 2016 for example where I thought 1/1/16 and forward….all new app's that I generated/sold and not given a new co gen lead….were self gen (Patty and Rich agreed), but Brian B disagreed and said once a BB Platform is always a BB Platform for comp at .80bps in which I was paid as such on all BB Platform redo's in 2016. This then later that was changed on 1/1/17 new comp plan to BB Platform redo would be paid full 130bps as if a Self Gen and no more new BB Platforms would be provided.

So let me know what Co Gen is exactly starting on the new pay plan for BB Platform redo's and others like for example….Co Gen lead I closed in 2014 and then sold on new purchase loan or refi loan later 2/2/18….is that Co Gen or Self Gen? Another example….Co Gen lead closed in 2014 that refers me a new client….is that Co Gen or Self Gen? It can be difficult to say what is considered Co Gen and Self Gen from the eye of the beholder. The way I see them…it is a Co Gen lead given to the LO and not an on-going process where that one lead later becomes a new refi or new purchase or new referral to a friend or family member, etc. The Self Gen Sch A also says Self Gen is a lead I paid for or it was a referral….a referral can mean any lead source…self or co gen.

Example…I give that insurance broker a lot of business referrals. Is every referral that I give him who then does business later after the first transaction then considered my referral? In his eyes, absolutely not. Or when a past client I referred then refers a friend later to that insurance broker? Is that considered my referral again? Again, in his eyes no. Just let me know where this stands on the Co Gen and Self Gen b/c again we are going backwards on this now after it was on auto-pilot and easy as well as how SMC wanted the pay plan structured. I also want you to put this in writing in my Schedule A along with the tier splits for out of the box lender paid 2.25 loans as you explained in this email. My past Sch A had it spelled out so this one should as well. Please also define what it means on 100pbs pay plan until certain requirements are met. I don't understand that verbiage or meaning.

Applications taken in 2017 that are live loans in processing, w/lender, etc…..that close in 2018 should also be paid on the 2017 pay plan as my comp agreement was or should have been good for that year as far as I know plus the new pay plan starts 1/1/18 or rather 1/28/18 with 30 day notice. If you want to pay off 2018 comp on applications taken 1/1/18 and thereafter, then that's fine. I am sure this is not a huge issue for SMC since I am supposed to be busy with the new lead platform thus the new pay plan thus more closings and revenues for SMC. That is also multiplied by all the other LO's on the new lead platform and pay plan doing the same thing.

Pltfs. 00842



Loan Originator: Brian Noe - 228140

Schedule "A" of Employee Retention Agreement

Compensation Plan (based on 225 bps lender contracts) Lenders on different contracts will be adjusted accordingly based on bps below.

- Self-Generated leads – 130 bps meaning you paid for the lead or it was a referral.
- Company generated leads including redo's 130 bps.

BB platforms will no longer be distributed. Any redo will be paid out at 130 bps.

For closings on lender Contracts not set at 225 bps will be adjusted and paid out equal to 130bps – This includes Jumbos.

Commercial & Reverse will be paid out 60% of check amount.
Commercial Loans 60% based on check amount not loan amount.
Reverse Loans 60% based on check amount not loan amount.

**Application dates starting January 1 2017.**

Richard Birk 1-1-2017
Smart Mortgage Centers, Inc.
President

_____

Printed Name: Brian Noe – NMLS 228140
1-1-2017
Signed    _Bw Noe_____

Pltfs. 00843



Loan Originator: Brian Noe – A Team

## Schedule A – Plan A1

Based on 2.25 Lender Comp Plans. **If lender comp is different BPS payout will be adjusted accordingly.**

As of 1/1/2018 Smart Mortgage Centers will no longer pay over 100 BPS on company generated leads **until certain requirements are met.**

Volume = 0 – 1,000,000

Company Leads – 100 BPS under 1,000,000 in Volume

Self-Generated – 130 BPS

Volume = 1,000,001 - Plus

Company Leads – 130 BPS

Self-Generated – 130 BPS

This is the pay plan that I'm accepting as of DATE: __01__ / __01__ / __2018__

Brian Noe NMLS #228140 – Signature _____

Richard Birk - President/Witness – Signature _____

Employee Retention Agreement Disclaimer: Smart Mortgage Centers reserves the right to change the pay structure by giving you written notice of 30 days.

Pltfs. 00844



Brian Noe, NMLS 228140

(30) Written Notice

Your schedule A meeting was requested on December 22nd 2017. Today we are supplying you with a written notice that your pay plan has been changed as of December 28, 2017.

Plans were received via email on December 28th 2017.

Your new plan will be effective on Jan 28th 2018.

All loans that close on or after Jan 28th 2018 will be based on new plan signed on December 31st 2018 regardless of Application date.

Thank you,

Richard Birk

Brian Noe

Sign: _____

NMLS 228140

Richard Birk - Witness

Sign: _____RBirk_____  1-2-17

Pltfs. 00845

Reply    Reply All    Forward

Tue 12/26/2017 2:54 PM



**brian birk &lt;smartmortgagecenters@yahoo.com&gt;**

Meeting with Rich

To   Brian Noe

==Rich has new employee paperwork and schedule A for you.==

==Stop in and grab it when you can.==

He can answer any questions you might have.

Thanks,

Brian Birk
Vice President
Smart Mortgage Centers
Phone: 630-904-1800 Fax: 630-904-1010
CLICK TO SEE NEW HOME PURCHASE PROGRAMS.
Google's Highest Reviewed 5 Star Mortgage Broker.
Click for Reviews
Better Business Bureau A+ Accredited
Complaint Free Awards 2012, 2014, 2015, 2016
Click for Reviews
Apply Now | NMLS 222269 | Illinois License #4870



**Brian Noe**

*Sr Loan Officer, NMLS#228140*

Office: 630-904-1800 x206 | Cell: 815-793-9100 | Efax: 630-423-9567

APPLY NOW | SECURE UPLOAD | ABOUT ME

4033 Plainfield/Naperville Rd Ste 207 Naperville, IL 60563 | briannoe@smartmtgs.net

Licensee IL 031.0004174 CO 100505853 Company NMLS-222269

 

**From:** brian birk [mailto:smartmortgagecenters@yahoo.com]
**Sent:** Tuesday, January 02, 2018 4:17 PM

Pltfs. 00846

**To:** Brian Noe <briannoe@smartmtgs.net>; Rich Birk <richie@smartmtgs.net>
**Cc:** brian@smartmtgs.net
**Subject:** 30 day written agreement and explanation

Here is your 30 day written letter you requested.

Again your performance has nothing to do with the changes, it has to do with the company. We know you work very hard and we appreciate that. With marketing changes you won't even notice a difference (income) because we will be supplying more leads/applications to those who call them right away and work leadmailbox. You will have more closings than last year.

The only thing changing on your plan is company generated business will be paid out at 100 bps on your first 1,000,000. (loans under 424,100).

Jumbos - company generated 50% - Self Gen 60%

Commercial - company gnerated 50% - Self Gen 60%

Reverse - company generated 50% - Self Gen 60%

Hopefully this makes things clear for you.

Thank you,

Brian Birk

Vice President

Smart Mortgage Centers

Phone: 630-904-1800 Fax: 630-904-1010

CLICK TO SEE NEW HOME PURCHASE PROGRAMS.

Google's Highest Reviewed 5 Star Mortgage Broker.

Click for Reviews

Better Business Bureau A+ Accredited

Complaint Free Awards 2012, 2014, 2015, 2016

Click for Reviews

Apply Now | NMLS 222269 | Illinois License #4870

----- Forwarded Message -----

**From:** "smartmortge@gmail.com" <smartmortge@gmail.com>

**To:** "smartmortgagecenters@yahoo.com" <smartmortgagecenters@yahoo.com>

**Sent:** Tuesday, January 2, 2018, 11:56:12 AM CST

Pltfs. 00847

**Subject:**

--------------------

CS 4501i

[00:17:c8:26:6e:cb]

--------------------

---

**2 attachments**

📄 **NOE REVISED PAY PLAN SCH A_1-1-18.pdf**
542K

📄 **NOE 30 DAY WRITTEN NOTICE OF COMP PLAN SMC REVISION.pdf**
213K

Pltfs. 00848