# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Brian Noe, et al.

Plaintiff,

v.

Case No.: 1:21–cv–01668

Honorable Nancy L. Maldonado

Smart Mortgage Centers, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 14, 2022:

MINUTE entry before the Honorable Nancy L. Maldonado: Motion hearing held on 12/14/22. For the reasons stated on the record and discussed in open court, Plaintiffs' motion to compel production of documents [146] is granted. The parties shall meet and confer to reach an agreement on search terms for e–mails from the follow custodians: Defendants Richard Birk and Brian Birk, Named Plaintiffs, and the Opt–in Plaintiffs. The parties' respective IT consultants and/or employees should participate in these discussions to develop a plan to conduct the search consistent with Plaintiff's requests for production. The temporal scope of the search shall cover 2011 through the present, beginning with the earliest date of employment of a plaintiff in this case (which Defense counsel reported was in 2011). The parties shall update the Court with a joint status report by 1/6/23 that: (1) confirms that the parties and their respective IT consultants/employees have conferred and developed an agreed–upon plan to conduct the search; (2) provides a brief description of the agreed–upon plan and reports on progress toward effectuating the plan; and (3) confirms that the search can be completed and the responsive e–mails produced to Plaintiff by 1/31/23. The Court also grants Defendants' unopposed motion to dismiss Opt–in Plaintiff Ryan Chancio [134] given that Mr. Chancio is now deceased. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.