UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| BRIAN NOE <br><br> and <br><br> EILEEN PRUITT <br><br> on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> SMART MORTGAGE CENTERS, INC. and <br><br> RICHARD BIRK, <br><br> and <br><br> BRIAN BIRK, <br> Defendants. | Case No.: 1:21-cv-01668 <br><br> Honorable Nancy L. Maldonado |

## PLAINTIFFS' OPPOSED MOTION FOR SANCTIONS OF ATTORNEYS' FEES AND COSTS AND MOTION TO DEEM EVIDENCE ADMISSABLE

Plaintiffs Brian Noe and Eileen Pruitt, as well as opt-in plaintiffs (together, "Plaintiffs"), by and through undersigned counsel, move pursuant to Fed. R. Civil Procedure 26(g) and 37(b)(2) for sanctions against Defendants Richard Birk, Brian Birk, and Smart Mortgage Centers, Inc. ("Defendants") due to their failure to produce key documents in this case after numerous requests, and order of this Court on December 14, 2022. Plaintiffs are submitting in connection with this motion, a memorandum of law detailing why Defendants' conduct warrants the sanctions requested pursuant to the applicable rules of civil procedure.

For the reasons discussed in this motion and the memorandum of law in support, Plaintiff's request the Court enter an order (1) imposing sanctions of attorney's fees and costs in connection

1

with Plaintiff's motion to compel which was previously granted by this Court after oral argument on December 14, 2022 and this motion for sanctions and (2) specifically finding that the group of documents attached to Plaintiffs' motion to compel, (ECF No. 146, Exs. 14-17) and which were ordered to be produced, be deemed admissible.

This motion is opposed by Defendants who object "because Plaintiffs have failed to present any case law to support a basis for their motion." Plaintiffs advised the basis for the motion included Fed. R. Civil Procedure 26(g) and 37(b)(2) and are unaware of any further requirement in the local rules or this Court's standing orders that require case law to be presented prior to the filing of a contested, non-summary judgment motion. Therefore, Plaintiffs respectfully request the Court grant this motion and are submitting a proposed order herewith.

Date: May 12, 2023

*/s/ Arielle M. Stephenson*
Arielle M. Stephenson (*pro hac vice*)
Ari Karen (*pro hac vice*)
Katharine Thomas Batista (*pro hac vice*)
Mitchell Sandler LLC
1120 20th St, NW, Suite 725
Washington, DC 20036
202.886.5260 (telephone)
astephenson@mitchellsandler.com
akaren@mitchellsandler.com
kbatista@mitchellsandler.com

Nathan A. Hall (ARDC 6308423)
Stephan J. Hoffman (ARDC 6327888)
Christensen Hsu Sipes, LLP
224 S. Michigan Avenue, Suite 1300
Chicago, Illinois 60604
Tel: (312) 634-1014
Firm No.: 24219
nate@chs.law
stephan@chs.law

*Attorneys for Plaintiffs Brian Noe,
Eileen Pruitt, and Opt-In Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023 a copy of the foregoing **PLAINTIFFS' OPPOSED MOTION FOR SANCTIONS OF ATTORNEYS' FEES AND COSTS AND MOTION TO DEEM EVIDENCE ADMISSABLE** was electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division by using the Court's CM/ECF system.

I further certify that on May 12, 2023, all interested parties by their counsel of record, were electronically served on this date via the CM/ECF system.

*/s/ Arielle Stephenson*
Arielle Stephenson