**Gmail**

**Wilton Person <wperson@personlaw.com>**

---

### Re: Noe et al v. Smart Mortgage Centers, Inc. et al. 21-cv-01668; Defendant Smart Mortgage Centers, Inc. Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

1 message

---

**Wilton Person** <wperson@personlaw.com>                                    Thu, Aug 18, 2022 at 2:27 PM
To: Arielle Stephenson <AStephenson@mitchellsandler.com>
Cc: Ari Karen <akaren@mitchellsandler.com>, "Nathan A. Hall (nate@chs.law)" <nate@chs.law>, Stephan Hoffman <stephan@chs.law>, Gabriela Carrillo <Gabriela@chs.law>

Ms. Stephenson,

Please find the amended responses attached. The requested information will be provided by 8/26/22 at the latest as it will take a significant amount of time to gather the requested information and data.

I will also like to schedule a "meet and confer" next week regarding your opt-in clients' responses to my client's requests for admission.

Sincerely,

Wilton Person



Wilton A. Person
The Law Office of Wilton A. Person
24330 Leski Lane
Plainfield, IL 60585
Phone:  (815) 254-2467
Fax:  (630) 318-7625
www.personlaw.com

THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.


On Wed, Aug 17, 2022 at 9:45 AM Arielle Stephenson <AStephenson@mitchellsandler.com> wrote:

> Wilton, it has been over a week since you stated you would review our concerns of this discovery. Please inform whether you will be revising these responses and/or producing documents. If we do not hear a response by the end of the week or your response is to maintain the objections, we will move forward with filing a motion to compel.
>
>
> Best,
>
> Arielle
>
> **ARIELLE STEPHENSON**                                          Exhibit A

Associate

astephenson@mitchellsandler.com

(o) 202-794-5258

(m) 424-731-5645



1120 20th Street, NW, Suite 725

Washington, DC 20036

202-886-5260

info@mitchellsandler.com

_____

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Wilton Person <wperson@personlaw.com>
**Sent:** Tuesday, August 9, 2022 5:34 PM
**To:** Arielle Stephenson <AStephenson@mitchellsandler.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Nathan A. Hall (nate@chs.law) <nate@chs.law>; Stephan Hoffman <stephan@chs.law>; Gabriela Carrillo <Gabriela@chs.law>
**Subject:** Re: Noe et al v. Smart Mortgage Centers, Inc. et al. 21-cv-01668; Defendant Smart Mortgage Centers, Inc. Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

Ms. Stephenson,

I will review and be back in contact.

Wilton A. Person

The Law Office of Wilton A. Person

24330 Leski Lane

Plainfield, IL 60585

Phone:  (815) 254-2467

Fax:  (630) 318-7625

www.personlaw.com

THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT,

YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.

On Mon, Aug 8, 2022 at 1:23 PM Arielle Stephenson <AStephenson@mitchellsandler.com> wrote:

Wilton,

I am writing to raise concerns over Smart Mortgage Centers, Inc.'s discovery responses. Please find our specific initial concerns outlined below. Upon further review, we may raise other concerns at a later date.

**Interrogatories**

1. Rog. No. 2

    a. Please conform this answer to the instructions, which require that when identifying a corporation, additional information is to be included in the response, including, but not limited to, the full business address and phone number.

2. Rog. No. 4

    a. We disagree that this request is disproportionate to the needs of discovery as we have claims going back 8 years (see below) and require this information to determine the validity of certain defenses. Please advise whether your client will maintain this objection.

**Requests for Production**

1. RPD Nos. 1-10

    a. You have objected on the same basis to each of these requests, specifically, that "Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint." Further, Defendant Smart Mortgage has tendered no responsive documents to any of these requests.

        i. This objection is incorrect. Plaintiffs' Complaint raises claims under the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 et seq. ("IWPCA"), which contains a ten-year statute of limitations period. 735 ILCS 5/13-206 ("actions brought under the Illinois Wage Payment and Collection Act [820 ILCS 115/1 et seq.] shall be commenced within 10 years next after the cause of action accrued"). Thus, please advise whether your client will produce documents responsive to these requests.

2. RPD No. 8

    a. I'd like to confirm that it is your client's position that they have no other documents indicating a policy or procedure in effect governing loan officers, such as an employee handbook, beyond the Loan Officer Retention Agreements previously produced.

Best,

Arielle

## ARIELLE STEPHENSON

Associate

astephenson@mitchellsandler.com

(o) 202-794-5258

(m) 424-731-5645



1120 20th Street, NW, Suite 725

Washington, DC 20036

202-886-5260

info@mitchellsandler.com

_____

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Wilton Person <wperson@personlaw.com>
**Sent:** Monday, August 1, 2022 8:31 PM
**To:** Hall, Nathan A. <nate@chs.law>; Stephan Hoffman <stephan@chs.law>; Branden A. Gregory <branden@chs.law>; mark@chs.law; Arielle Stephenson <AStephenson@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>
**Subject:** Noe et al v. Smart Mortgage Centers, Inc. et al. 21-cv-01668; Defendant Smart Mortgage Centers, Inc. Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

Counsel,

Please find Defendant Smart Mortgage Centers, Inc's Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents attached and served on all counsel of record.

Sincerely,

Wilton Person

Wilton A. Person

The Law Office of Wilton A. Person

24330 Leski Lane

Plainfield, IL 60585

Phone: (815) 254-2467

Fax: (630) 318-7625

www.personlaw.com

THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.

**3 attachments**

 **image001.png**
11K

**Smart Mortgage-Amended Responses to Requests for Production of Documents-08-18-22.pdf**
139K

**Smart-Defendant Smart Mortgage Amended Responses to Interrogatories-08-18-22.pdf**
139K

 **Gmail**

**Wilton Person <wperson@personlaw.com>**

---

## Re: Noe et al v. Smart Mortgage Centers, Inc. et al. 21-cv-01668; Defendant Smart Mortgage Centers, Inc. Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

1 message

---

**Wilton Person** <wperson@personlaw.com>                                                  Thu, Aug 18, 2022 at 2:27 PM
To: Arielle Stephenson <AStephenson@mitchellsandler.com>
Cc: Ari Karen <akaren@mitchellsandler.com>, "Nathan A. Hall (nate@chs.law)" <nate@chs.law>, Stephan Hoffman <stephan@chs.law>, Gabriela Carrillo <Gabriela@chs.law>

Ms. Stephenson,

Please find the amended responses attached. The requested information will be provided by 8/26/22 at the latest as it will take a significant amount of time to gather the requested information and data.

I will also like to schedule a "meet and confer" next week regarding your opt-in clients' responses to my client's requests for admission.

Sincerely,

Wilton Person

Wilton A. Person
The Law Office of Wilton A. Person
24330 Leski Lane
Plainfield, IL 60585
Phone:  (815) 254-2467
Fax:  (630) 318-7625
www.personlaw.com

THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.

On Wed, Aug 17, 2022 at 9:45 AM Arielle Stephenson <AStephenson@mitchellsandler.com> wrote:

> Wilton, it has been over a week since you stated you would review our concerns of this discovery. Please inform whether you will be revising these responses and/or producing documents. If we do not hear a response by the end of the week or your response is to maintain the objections, we will move forward with filing a motion to compel.
>
> Best,
>
> Arielle
>
> **ARIELLE STEPHENSON**

Associate

astephenson@mitchellsandler.com

(o) 202-794-5258

(m) 424-731-5645



1120 20th Street, NW, Suite 725

Washington, DC 20036

202-886-5260

info@mitchellsandler.com

_____

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Wilton Person <wperson@personlaw.com>
**Sent:** Tuesday, August 9, 2022 5:34 PM
**To:** Arielle Stephenson <AStephenson@mitchellsandler.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Nathan A. Hall (nate@chs.law) <nate@chs.law>; Stephan Hoffman <stephan@chs.law>; Gabriela Carrillo <Gabriela@chs.law>
**Subject:** Re: Noe et al v. Smart Mortgage Centers, Inc. et al. 21-cv-01668; Defendant Smart Mortgage Centers, Inc. Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

Ms. Stephenson,

I will review and be back in contact.

Wilton A. Person

The Law Office of Wilton A. Person

24330 Leski Lane

Plainfield, IL 60585

Phone:  (815) 254-2467

Fax:  (630) 318-7625

www.personlaw.com

THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT,

YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.

On Mon, Aug 8, 2022 at 1:23 PM Arielle Stephenson <AStephenson@mitchellsandler.com> wrote:

Wilton,

I am writing to raise concerns over Smart Mortgage Centers, Inc.'s discovery responses. Please find our specific initial concerns outlined below. Upon further review, we may raise other concerns at a later date.

**Interrogatories**

1. Rog. No. 2

    a. Please conform this answer to the instructions, which require that when identifying a corporation, additional information is to be included in the response, including, but not limited to, the full business address and phone number.

2. Rog. No. 4

    a. We disagree that this request is disproportionate to the needs of discovery as we have claims going back 8 years (see below) and require this information to determine the validity of certain defenses. Please advise whether your client will maintain this objection.

**Requests for Production**

1. RPD Nos. 1-10

    a. You have objected on the same basis to each of these requests, specifically, that "Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint." Further, Defendant Smart Mortgage has tendered no responsive documents to any of these requests.

        i. This objection is incorrect. Plaintiffs' Complaint raises claims under the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 et seq. ("IWPCA"), which contains a ten-year statute of limitations period. 735 ILCS 5/13-206 ("actions brought under the Illinois Wage Payment and Collection Act [820 ILCS 115/1 et seq.] shall be commenced within 10 years next after the cause of action accrued"). Thus, please advise whether your client will produce documents responsive to these requests.

2. RPD No. 8

    a. I'd like to confirm that it is your client's position that they have no other documents indicating a policy or procedure in effect governing loan officers, such as an employee handbook, beyond the Loan Officer Retention Agreements previously produced.

Best,

Arielle

## ARIELLE STEPHENSON

Associate

astephenson@mitchellsandler.com

(o) 202-794-5258

(m) 424-731-5645



1120 20th Street, NW, Suite 725

Washington, DC 20036

202-886-5260

info@mitchellsandler.com

_____

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Wilton Person <wperson@personlaw.com>
**Sent:** Monday, August 1, 2022 8:31 PM
**To:** Hall, Nathan A. <nate@chs.law>; Stephan Hoffman <stephan@chs.law>; Branden A. Gregory <branden@chs.law>; mark@chs.law; Arielle Stephenson <AStephenson@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>
**Subject:** Noe et al v. Smart Mortgage Centers, Inc. et al. 21-cv-01668; Defendant Smart Mortgage Centers, Inc. Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

Counsel,

Please find Defendant Smart Mortgage Centers, Inc's Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents attached and served on all counsel of record.

Sincerely,

Wilton Person

Wilton A. Person

The Law Office of Wilton A. Person

24330 Leski Lane

Plainfield, IL 60585

Phone: (815) 254-2467

Fax: (630) 318-7625

www.personlaw.com

THIS EMAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS EMAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS EMAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY A REPLY EMAIL AND DELETE THE ORIGINAL EMAIL. THANK YOU.

**3 attachments**

 **image001.png**
11K

 **Smart Mortgage-Amended Responses to Requests for Production of Documents-08-18-22.pdf**
139K

**Smart-Defendant Smart Mortgage Amended Responses to Interrogatories-08-18-22.pdf**
139K

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRIAN NOE & EILEEN PRUITT | |
| Plaintiffs, | No. 21-cv-01668 |
| vs. | Honorable Judge Manish S. Shah |
| SMART MORTGAGE CENTERS, INC, RICHARD BIRK, & BRIAN BIRK | Magistrate Judge Sheila Finnegan |
| Defendants, | |

**DEFENDANT SMART MORTGAGE CENTERS INC'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

COMES NOW, Defendant Smart Mortgage Centers, Inc. by its attorney, Wilton A. Person, and responds to Plaintiffs' First Set of Requests for Production of Documents. Defendants will supplement this production as additional non-privileged, relevant materials subject to disclosure become available:

**REQUESTS TO PRODUCE**

1. Any and all contracts and/or agreements with any person to pay Smart Mortgage Centers, Inc. a broker commission and/or broker fee in exchange for loan origination and/or brokering services in effect at any point during the Relevant Time Period.

   Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Subject to this objection, this information will be produced.

2. Any and all contracts and/or agreements between Smart Mortgage Centers, Inc. and "qualified lenders" as referred to on page three of Defendants' Memorandum of Law in effect at any point during the Relevant Time Period.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint.

All documents that reflect, report, describe, summarize, analyze, discuss or comment on any person that Smart Mortgage Centers, Inc. performs loan origination and/or brokering services for, including "qualified lenders" referred to on page three of Defendants' Memorandum of Law.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Defendant further objects as Plaintiffs' request is too vague and unintelligible to respond. Subject to this objection, this information will be produced.

3. All documents that reflect, report, describe, summarize, analyze, discuss or comment on any volume of loans originated and/or brokered by Smart Mortgage Centers, Inc during the Relevant Time Period.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Subject to this objection, Defendant does not have any responsive documents.

4. All documents that reflect, report, describe, summarize, analyze, discuss or comment on any leads purchased by Smart Mortgage Centers, Inc during the Relevant Time Period.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Subject to this objection, Defendant does not have any responsive documents.

5. All documents that reflect, report, describe, summarize, analyze, discuss or comment on any leads provided to any Plaintiff, named or Opt-in by Smart Mortgage Centers, Inc., during the Relevant Time Period.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Subject to this objection, this information will be produced.

6. Any and all contracts and/or agreements entered into by Smart Mortgage Centers, Inc. with any person to buy, purchase, or otherwise obtain leads during the Relevant Time Period.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Subject to this objection, Defendant does not have any responsive documents.

7. A copy of all Smart Mortgage Centers Inc.'s broker license applications to state or federal agencies.

Response: Objection. Plaintiffs' request is beyond the scope of any and all claims asserted in their First Amended Complaint. Subject to this objection, this information will be produced.

8. All documents regarding Smart Mortgage Centers Inc.'s policies and/or procedures relating to loan officers in effect at any time during the Relevant Time Period, including, but not limited to any Employee Handbook or similar document.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Subject to this objection, please see Plaintiffs' Loan Officer Retention Agreements with Exhibit B, Outside Sales Employee Rider that have previously been tendered in discovery to Plaintiffs. Any additional responsive information will be produced.

9. All Smart Mortgage Centers Inc.'s company federal tax returns including all schedules during the Relevant Time Period.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. This objection is maintained. Smart Mortgage's counsel is available to "meet and confer".

10. All documents relating to Smart Mortgage Centers Inc.'s policies and/or procedures concerning retention, storage, or destruction of any document in effect at any time during the Relevant Time Period.

Response: Objection. Plaintiffs' request is beyond the scope of their complaint and all statute of limitations period for any and all claims asserted in their First Amended Complaint. Subject to this objection, Defendant does not have any responsive documents beyond what is publicly available online pursuant to the states in which it operates.

Objections and Submission by:

For the Defendant Smart Mortgage Centers, Inc.

By its attorney,

s/Wilton A. Person

_____

Wilton A. Person

ARDC # 6290441
Wilton A. Person
Attorney for the Defendant Smart Mortgage Centers, Inc.
24330 Leski Lane
Plainfield, Illinois 60585
(815) 254-2467
wperson@personlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Smart Mortgage Responses to Plaintiffs First Request for Production of Documents was served via e-mail upon the following counsel of record this 18th day of August 2022:

By: /s/ Wilton A. Person

_____

Wilton A. Person

## SERVICE LIST

**Brian Noe and Eileen Pruitt**
Nathan A. Hall
Branden A. Gregory
Mark Christensen
Stephan Hoffman
CHRISTENSEN HSU SIPES, LLP
224 South Michigan Ave., Suite 1300
Chicago, Illinois 60604
(312) 634-1014
nate@chs.law
branden@chs.law
mark@chs.law
stephan@chs.law

Ari Karen
Arielle Stephenson
1120 20th Street, NW
Suite 725
Washington, D.C., 20036
akaren@mitchellsandler.com
astephenson@mitchellsandler.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIAN NOE & EILEEN PRUITT | |
| Plaintiffs, | No.  21-cv-01668 |
| vs. | Honorable Judge Manish S. Shah |
| SMART MORTGAGE CENTERS, INC, RICHARD BIRK, & BRIAN BIRK | Magistrate Judge Sheila Finnegan |
| Defendants, | |

**DEFENDANT SMART MORTGAGE CENTERS INC'S AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

COMES NOW, Defendant Smart Mortgage Centers, Inc. by its attorney, Wilton A. Person and responds to Plaintiffs' First Set of Interrogatories as follows:

1.  Identify the individual(s) answering these Interrogatories, and state that individual's full name, address, and principal place of business.

Response: Richard Birk and Brian Birk

2.  Identify all "qualified lenders" referenced on page three of Defendants' Memorandum of Law that Smart Mortgage Centers, Inc. brokered loans for during the Relevant Time Period.

RESPONSE: Objection. This interrogatory as drafted requires extensive investigation, research, and evaluation of data for a time period exceeding eight years. Subject to this objection, the following qualified lenders are listed:

1. ROCKET PRO - QUICKEN
2. CALIBER FUNDING
3. LOAN DEPOT
4. WINDSOR MORTGAGE SOLUTIONS
5. ORION LENDING
6. RESI CENTRAL

7.  FLAGSTAR BANK
8.  SILVER HILL FUNDING
9.  UNION HOME
10. PLAZA HOME MORTGAGE
11. AMERISAVE
12. SUNWEST
13. CARRINGTON MORTGAGE
14. MORTGAGE SOLUTIONS FINANCIAL
15. AMERICAN FINANCIAL RESOURCES
16. PRINCETON WHOLESALE
17. ME MORTGAGE
18. EQUITY PRIME MORTGAGE
19. CHANGE WHOLESALE
20. HOMEBRIDGE WHOLESALE
21. ASSOCIATED BANK (JUMBO)
22. MLB RESIDENTIAL LENDING, LLC
23. ANGEL OAK MORTGAGE SOLUTIONS
24. FIRST NATIONAL BANK OF AMERICA
25. FINANCE OF AMERICA
26. CITADEL SERVICING CORPORATION
27. SYMMETRY LENDING (2ND MORTGAGES)
28. SPRING EQ HELOC'S
29. LOAN STREAM MORTGAGE
30. OAKTREE FUNDING CORP
31. ACC MORTGAGE
32. GREEN BOX LOANS
33. LENDSURE MORTGAGE CORP
34. EXCELERATE CAPITOL

3.  Identify all persons that Smart Mortgage Centers, Inc. received a broker commission

and/or fee from in exchange for loan origination or brokering services during the Relevant

Time Period.

RESPONSE: Objection. This interrogatory as drafted requires extensive investigation, research,

and evaluation of data for a time period exceeding eight years. Subject to this objection, this

Response to #2.

4.   State the volume of loans and number of units in each month and year that Smart Mortgage

Centers, Inc. brokered loans to each entity or individual identified in response to Interrogatory

Nos. 2 and 3 during the Relevant Time Period.

RESPONSE: Objection. This interrogatory as drafted requires extensive investigation,

research, and evaluation of data for a time period exceeding eight years. Subject to this

objection, this information will be stated to the extent that the information is available.

5.   State the volume of loans in each month and year that Smart Mortgage Centers, Inc.

brokered loans to each entity or individual identified in response to Interrogatory Nos. 2 and 3

during the Relevant Time Period.

6.   RESPONSE: Objection. This interrogatory as drafted requires extensive investigation,

research, and evaluation of data for a time period exceeding eight years. Subject to this objection,

this information will be stated to the extent that the information is available.

7.   State the dollar amount of money Smart Mortgage Centers, Inc. spent on leads per month and

annually during the Relevant Time Period.

8.   RESPONSE: Objection. This interrogatory as drafted requires extensive investigation,

research, and evaluation of data for a time period exceeding eight years. Subject to this objection,

this information will be stated to the extent that the information is available.

9.   State the number of leads per month and annually provided to each Plaintiff, named and
Opt-in, during the Relevant Time Period.


10. RESPONSE: Objection. This interrogatory as drafted requires extensive investigation,
research, and evaluation of data for a time period exceeding eight years. Subject to this objection,
this information will be stated to the extent that the information is available.

11. Identify each person that Smart Mortgage Centers, Inc. purchased leads from during the
Relevant Time Period.

Response:  Objection. This interrogatory as drafted requires extensive investigation, research,
and evaluation of data for a time period exceeding eight years.  Subject to this objection, Smart
Mortgage Centers, Inc. does not generally purchase leads but this information will be stated to
the extent that the information is available.

<div style="margin-left: 40%;">

For the Defendant Smart Mortgage Centers, Inc.


By its attorney,

s/Wilton A. Person

_____

Wilton A. Person

</div>



ARDC # 6290441
Wilton A. Person
Attorney for the Defendant Smart Mortgage Centers, Inc.
24330 Leski Lane
Plainfield, Illinois 60585
(815) 254-2467
wperson@personlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Smart Mortgage Centers, Inc.'s Amended Responses to Interrogatories were served via e-mail upon the following counsel of record this 18th day of August 2022:

By: /s/ Wilton A. Person
_____

Wilton A. Person

## **SERVICE LIST**

**Brian Noe and Eileen Pruitt**
Nathan A. Hall
Branden A. Gregory
Mark Christensen
Stephan Hoffman
CHRISTENSEN HSU SIPES, LLP
224 South Michigan Ave., Suite 1300
Chicago, Illinois 60604
(312) 634-1014
nate@chs.law
branden@chs.law
mark@chs.law
stephan@chs.law

Ari Karen/Arielle Stephenson
1120 20th Street, NW
Suite 725
Washington, D.C., 20036
akaren@mitchellsandler.com
astephenson@mitchellsandler.com