**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BRIAN NOE AND EILEEN PRUITT,

      Plaintiffs,

vs.

                                   Case No.:    1:21-cv-01668

SMART MORTGAGE CENTERS, INC.,
RICHARD BIRK AND BRIAN BIRK,

      Defendants.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Now come KGG LLC and Pamela Davis Gorcowski, Counsel for Defendants, Richard

Birk, Brian Birk, and Smart Mortgage Centers, Inc., and for their Motion for Leave to Withdraw

as Counsel for said Defendants, they state as follows:

1. KGG LLC and Pamela Davis Gorcowski, Counsel for defendants, Richard Birk, Brian Birk, and Smart Mortgage Centers, Inc., entered their appearance on July 30, 2025. Docket No. 347.

1. This Court entered an order on Tuesday, April 14, 2026 setting the second jury trial herein for 01/11/2027 through 01/15/2027 but also noting that the trial could be accelerated to mid-10/2026. Docket No. 375. An in-person settlement conference is set for 7/14/2026 at 1 p.m. in Courtroom 1386 before the Honorable Karyn L. Bass Ehler.

2. Defendants owe Counsel in excess of $9000 in attorney's fees. No payment has been made since September 2, 2025. Counsel has not billed for its time spent in 2026.

3. The ABA's *Model Rules of Professional Conduct* state that lawyers are entitled to stop working when clients stop paying. Rule 1.16(b)(6) provides that a lawyer may withdraw if the representation will result in an unreasonable financial burden on the lawyer or has been

1451295

1

rendered unreasonably difficult by the client. *Fidelity Nat. Title Ins. Co. of New York v. Intercounty Nat. Title Ins. Co.*, 310 F.3d 537, 540 (7th Cir. 2002).

4.      Defendants have no objection to this Motion for Leave to Withdraw.

5.      Defendants, Richard Birk and Brian Birk, should be granted 30 days to file their *pro se* appearances.

Wherefore, KGG LLC and Pamela Davis Gorcowski, Counsel for Defendants, Richard Birk, Brian Birk, and Smart Mortgage Centers, Inc., seek entry of an Order Granting them Leave to Withdraw as Counsel for said Defendants and granting Richard Birk and Brian Birk 30 days to file their *pro se* appearances.

Pamela Davis Gorcowski
KGG LLC

BY:   /s/ Pamela Davis Gorcowski

Pamela Davis Gorcowski ARDC #06180497
KGG, LLC
111 North Ottawa Street
Joliet, Illinois 60432
(815) 727-4511
pgorcowski@kggllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, as well as Richard Birk and Brian Birk.

KGG LLC

By: /s/ Pamela Davis Gorcowski
